## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | |
|---|---|
| Elizabeth McLeod, Heidi O'Sullivan, Sherri Slocum, Ivette Harper, Robert West, Kevin Stemwell, Stephen Miller, Peggy Maxe, Karalyn Littlefield, Colleen Friedrichs, Arlene Hornilla, Marilyn Epp, Dwight Sevaldson, Ann Carlson, Michael Baehr, Gabriele Bauer, Mark Davis, Susanne Dehnke, Frank Delaney, Paula Freeman-Brown, Barbara Fuglie, Richard Fuglie, Christopher Gunn, Michelle Laurence, Robert Morris, Vicki Nellen-Jungers, Heidi Neumann, Greg Norman, Michelle Race, Susan Ryan, Timothy Schroeder, Diane Sundquist, and Greg Zimprich, for and on behalf of themselves and other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>General Mills, Inc.,<br><br>Defendant. | **COURT MINUTES – CIVIL**<br>BEFORE:  Hildy Bowbeer<br>United States Magistrate Judge<br><br>Case No.:        15-cv-0494 (JRT/HB)<br>Date:              June 18, 2018<br>Courthouse:   Saint Paul<br>Courtroom:    6B<br>Court Reporter:  n/a (digital recording)<br>Time in Court:   9:36–10:44 a.m.<br>Time Summary:  1 hour and 8 minutes |

**APPEARANCES:**

For Plaintiff Nancy Lykkehoy: Craig A. Brandt
For Defendant: Marko J. Mrkonich and Jessica J. Bradley

**PROCEEDINGS:**

The Court held a hearing on Plaintiff Nancy Lykkehoy's Motion to Vacate Arbitration Award [Doc. No. 98] and Defendant General Mills, Inc.'s Motion to Lift Stay for Limited Purpose of Confirming Lykkehoy Arbitration Award and to Confirm Arbitration Award [Doc. No. 108].  The motions were taken under advisement, and a written report and recommendation will be issued.

*s/Adrienne Meyers*
Judicial Law Clerk
