UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Elizabeth McLeod, Heidi O'Sullivan, Sherri Slocum, Ivette Harper, Robert West, Kevin Stemwell, Stephen Miller, Peggy Maxe, Karalyn Littlefield, Colleen Friedrichs, Arlene Hornilla, Marilyn Epp, Dwight Sevaldson, Ann Carlson, Michael Baehr, Gabriele Bauer, Mark Davis, Susanne Dehnke, Frank Delaney, Paula Freeman-Brown, Barbara Fuglie, Richard Fuglie, Christopher Gunn, Michelle Laurence, Robert Morris, Vicki Nellen-Jungers, Heidi Neumann, Greg Norman, Michelle Race, Susan Ryan, Timothy Schroeder, Diane Sundquist, and Greg Zimprich, for and in behalf of themselves and other persons similarly situated, | Case No. 0:15-cv-00494-JRT-HB |
| Plaintiffs, | |
| v. | |
| General Mills, Inc., | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
AS TO PLAINTIFF PEGGY MAXE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for **Plaintiff Peggy Maxe** and Defendant General Mills, Inc., who have been authorized by their respective clients to execute this Stipulation For Dismissal With Prejudice, that **Plaintiff Peggy Maxe's claims** in the above-captioned action (including the Written Consent of Peggy Maxe to Become a Party Plaintiff filed with the Court on September 18, 2015) may be and hereby are dismissed in their entirety with

1

prejudice, without any further award of attorneys' fees, costs or disbursements to either **Plaintiff Peggy Maxe** or Defendant General Mills, Inc.

The parties further agree that this stipulation does not affect the claims or Written Consents of any other Plaintiff in the above-captioned action.

Dated: June 19, 2018

NICHOLS KASTER, PLLP

*/s/ Michelle L. Kornblit*

Steven Andrew Smith (#260836)
Lucas J. Kaster (#396251)
Michelle L. Kornblit (#397778)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 338-4878
smith@nka.com
lkaster@nka.com
mkornblit@nka.com

**ATTORNEYS FOR PLAINTIFF MAXE**

Dated: June 19, 2018

LITTLER MENDELSON, P.C.

*/s/ Susan K. Fitzke*

Marko J. Mrkonich (#125660)
Susan K. Fitzke (#294032)
1300 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Facsimile: (612) 630-9626
MMrkonich@littler.com
SFitzke@littler.com

**ATTORNEYS FOR DEFENDANT**